**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

JEFFERY MOORE,

       Plaintiff,

v.

PHH MORTGAGE SERVICING,
JOHN DOES 1-10, and
HSBC BANK USA, N.A.,

       Defendants.

_____/

Case No. 2:26-cv-11124
Hon. Brandy R. McMillion

## <u>ORDER OF SUMMARY DISMISSAL</u>

Plaintiff Jeffery Moore ("Moore") filed this *pro se* action against Defendants PHH Mortgage Corporation ("PHH"), HSBC Bank USA, N.A. ("HSBC"), and DOES 1-10 (collectively, "Defendants") seeking to stop eviction proceedings and set aside foreclosure of his home. *See generally* ECF No. 1. Moore previously filed a similar action seeking to set aside the foreclosure of his home, which was dismissed by this Court and the dismissal was affirmed by the Sixth Circuit Court of Appeals. *See Moore v. PHH, et al.*, Case No 25-1214, Doc. 12-1 (6th Cir. Jan. 30, 2026). The instant action brings the same claims previously dismissed by this Court. ECF No. 1, PageID.2. While this Court's dismissal was without prejudice, the Sixth Circuit affirmed the jurisdictional dismissal, and also addressed dismissal on the merits of Moore's substantive claims. *Moore v. PHH, et al.*, Case No 25-1214, Doc. 12-1 at

1

p. 5.  The current Complaint does not cure the legal deficiencies identified by the Sixth Circuit, and Moore's claims still fail as a matter of law.

The only difference in the instant case from the previously dismissed action is that Moore now faces eviction from the foreclosed home.  ECF No. 1, PageID.6-7.  He states that a pending action is currently before the 39th District Court in Roseville, Case No. 26-755-LT, in which he was scheduled to have a bench trial on April 13, 2026.  *Id.*[1]  In addition to the previous relief requested, Moore now seeks to have the Court "issue an immediate temporary restraining order and preliminary injunction staying all related 39th District Court eviction proceedings."  *Id.* at PageID.19.  The Court declines to do so.

"[F]ederal courts have a duty to consider their subject matter jurisdiction in regard to every case and may raise the issue *sua sponte*."  *Answers in Genesis of Ky., Inc. v. Creation Ministries Int'l, Ltd.*, 556 F.3d 459, 465 (6th Cir. 2009).  "[A] district court may, at any time, *sua sponte* dismiss a complaint for lack of subject matter jurisdiction pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure when the allegations of a complaint are totally implausible, attenuated, unsubstantial, frivolous, devoid of merit, or no longer open to discussion."  *Apple v. Glenn*, 183 F.3d 477, 479 (6th Cir. 1999) (citing *Hagans v. Lavine*, 415 U.S. 528, 536-37 (1974); *In re Bendectin Litig.*, 857 F.2d 290, 300 (6th Cir. 1988)).

---

[1] A review of court records show that the bench trial has been adjourned until May 4, 2026.  *See* https://lookup.39dc.org/39A_Cases/ (last accessed April 19, 2026).

The Court lacks jurisdiction to afford Moore the relief he seeks. The Anti-Injunction Act, 28 U.S.C. § 2283, prohibits injunctions against state-court proceedings "except as expressly authorized by Act of Congress, or where necessary in aid of its jurisdiction, or to protect or effectuate its judgments." *Id.* The "core message" of the Anti-Injunction Act is "one of respect for state courts[,]" and it "broadly commands" that state courts shall be "free from interference by federal courts." *Smith v. Bayer Corp.*, 564 U.S. 299, 306 (2011) (internal quotation marks and citation omitted). For that reason, "[a]ny doubts as to the propriety of a federal injunction against state court proceedings should be resolved in favor of permitting the state courts to proceed." *Id.* (internal quotation marks and citation omitted). Moore fails to meet any of the limited exceptions to warrant federal intervention and, therefore, the Court will refrain from interfering with the state court eviction proceedings.

For these reasons, this case is **SUMMARILY DISMISSED**.

*This is a final order that closes the case.*

**IT IS SO ORDERED.**

Dated: April 20, 2026                     s/Brandy R. McMillion
    Detroit, Michigan                    HON. BRANDY R. MCMILLION
                                        United States District Judge